IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROSEMARY RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-CV-797-WKW |
| | ) | (WO) |
| FAIRBANKS CAPITAL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

On January 10, 2006, the Magistrate Judge filed a Recommendation (Doc. # 35) in this case, finding that the defendant's motion for summary judgment is due to be granted. The plaintiff filed an objection on January 23, 2006 (Doc. # 38).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  The defendant's Motion for Summary Judgment (Doc. # 18) is GRANTED, and all claims in this action are DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 9th day of February, 2006.


    /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE

2