IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSEMARY RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:04-CV-797-WKW |
| ) | (WO) |
| FAIRBANKS CAPITAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This case is before the court on the plaintiff's Motion for Reconsideration (Doc. # 41), filed on February 17, 2006. The plaintiff objects to this Court's order (Doc. # 39) adopting the Magistrate Judge's Report and Recommendation.

Upon consideration, the Court finds that the plaintiff's objections are without merit, and the plaintiff's motion is DENIED.

DONE this the 14th day of March, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE